IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Bernadette A. Ebert-Johnson | : Bankruptcy No: 18-01704 RNO<br>: Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services<br>                Movant | : |
| vs. | : |
| Bernadette A. Ebert-Johnson<br>        Debtor/Respondent | : |
| and | : |
| Charles J. DeHart, III, Esquire<br>        Trustee/Respondent | : |

## OBJECTION TO CONFIRMATION OF THE PLAN

Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Bernadette A. Ebert-Johnson ("Debtor"), as follows:

1. As of the bankruptcy filing date of April 25, 2018, Movant holds a secured claim against the Debtor's property, located at: 835 Hidden Lake Drive, East Stroudsburg, PA 18302.

2. Movant filed a Proof of Claim ("POC") in the amount of $26,410.26 for pre-petition arrears on July 3, 2018.

3. The Plan currently does not provide payment to Movant for any pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 07/06/2018

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121