# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 5/18/2021 |
| Case: 5:18–bk–01704–HWV | Form ID: fnldecnd | Total: 15 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
cr     Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov
tr     Jack N Zaharopoulos (Trustee)     info@pamd13trustee.com
aty     Bradley J Osborne     bosborne@hoflawgroup.com
aty     Danielle Boyle–Ebersole     dboyle–ebersole@orlans.com
aty     Scott M. Amori     afr@epix.net

                                                                                                                              TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Bernadette A. Ebert–Johnson     835 Hidden Lake Drive     East Stroudsburg, PA 18302
cr     PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541
5052398     Cnac – PA 101     110 N Courtland St     East Stroudsburg, PA 18301
5118384     Harley Davidson Corp.     P.O. Box 9013     Addison, TX 75001
5061187     Harley–Davidson Credit Corp.     PO Box 9013     Addison, Texas 75001
5053474     PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541
5080345     U.S. Bank National Association et al     c/o Rushmore Loan Management Services     P.O. Box 52708     Irvine, CA 92619
5052399     Winona Lakes Property Owners Assoc.     112 Ski Lodge Circle     East Stroudsburg, PA 18302
5073988     Winona Lakes Property Owners Association     c/o Young & Haros, LLC     802 Main Street     Stroudsburg, PA 18360

                                                                                                                              TOTAL: 9